IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-14590 |
| **JAMES EDWARD JOGAN** <br> **CYNTHIA A. JOGAN** | Judge: Jessica E. Price Smith |
| | Chapter 13 Proceedings |
| Debtors | |

### NOTICE OF SUBSTITUTION

Now come Debtors, James and Cynthia Jogan, and hereby give notice that Jann C. Washington, Esq., of Counsel with Cozmyk Law Offices, is being substituted as counsel of record in place of William J. Balena, Esq. The substitution is made with the client's knowledge and consent. All future and further pleadings, notices and correspondence in this matter shall be served upon the substituted counsel at the address and/or email address listed below.

Respectfully submitted,

/s/ Jann C. Washington
Jann C. Washington (0087239)
Of Counsel, Cozmyk Law Offices
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
(440) 552-5492  F: (440) 571-0522
jwashington@cozmyklaw.com

### CERTIFICATE OF SERVICE

I certify that on November 14, 2022, a true and correct copy of the foregoing Notice of Substitution was served:

Via the Court's ECS system on the following:

**Lauren Helbling,** Chapter 13 Trustee, at ch13trustee@ch13cleve.com
**William J. Balena, Esq.**, former counsel for debtor, at docket@ohbksource.com

And by regular US Mail postage prepaid upon:

**James & Edward Jogan**
7915 Liberty Ave
Parma, OH 44129

/s/ Jann C. Washington
Jann C. Washington (0087239)
Of Counsel, Cozmyk Law Offices
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
(440) 552-5492  F: (440) 571-0522
jwashington@cozmyklaw.com